# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMMONWEALTH OF MASSACHUSETTS** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF EDUCATION** *et al.*,<br>Defendants. | Case No. 1:17-cv-02679 (TNM) |

## ORDER

Upon consideration of the Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, the pleadings, relevant law, and related legal memoranda in opposition and in support, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Defendants' Motion is GRANTED and the Plaintiffs' Amended Complaint is DISMISSED.

**SO ORDERED**.

This is a final, appealable Order.

Dated: October 12, 2018

TREVOR N. MCFADDEN
United States District Judge